THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Madeleine Francois<br>4951 Rock Creek Church Road, NE<br>Washington, DC 20011<br><br>     Plaintiff,<br><br>    v.<br><br>District of Columbia<br>1350 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Madeleine Francois ("Plaintiff" or "Ms. Ms. Francois"), by and through her attorneys Clark Law Group, PLLC, files this action, following the exhaustion of administrative remedies, and alleges as follows:

### NATURE OF ACTION

1. This is a challenge to the District of Columbia's ("Defendant" or "District") unlawful discrimination against Plaintiff in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2000e *et seq.*

### JURISDICTION AND VENUE

2. All of the allegations contained in the foregoing paragraphs of this Complaint are incorporated by reference herein as if the same were set forth at length.

3. The United States District Court for the District of Columbia has subject-matter jurisdiction over the instant action pursuant to 28 U.S.C. §1331 and 1343(a)(4) because it arises under the laws of the United States and seeks redress for violations of civil rights.

4. The Court may properly maintain personal jurisdiction over Defendant because Defendant is the government of the District of Columbia.

5. Venue is properly laid in the District of Columbia because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in the District of Columbia.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. All of the allegations contained in the foregoing paragraphs of this Complaint are incorporated by reference herein as if the same were set forth at length.

7. Plaintiff has satisfied the procedural and administrative requirements for proceeding under Title VII as follows:

    a. On March 24, 2018, Plaintiff filed a charge of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC");

    b. On April 6, 2018, Plaintiff received her Right to Sue Letter from the EEOC;

    c. The instant action is timely because it was initiated within ninety (90) days of the receipt of the aforementioned Right to Sue Letter.

## PARTIES

8. All of the allegations contained in the foregoing paragraphs of this Complaint are incorporated by reference herein as if the same were set forth at length.

9. Defendant is the governing body of the District of Columbia.

10. The Office of the State Superintendent of Education ("OSSE") is an executive agency and a department of the Defendant.

11. OSSE is a *non sui juris* agency of the District of Columbia government.

12. Defendant is an employer as defined by 42 U.S.C § 2000e(b).

13. Plaintiff is a resident of the District of Columbia.

14. Plaintiff is an employee as defined by 42 U.S.C § 2000e(f).

## FACTUAL ALLEGATIONS

15. All of the allegations contained in the foregoing paragraphs of this Complaint are incorporated by reference herein as if the same were set forth at length.

16. Ms. Francois is a Haitian immigrant.

17. Ms. Francois began working as a Bus Attendant for OSSE on or about July 23, 2007.

18. On March 24, 2017, Ms. Francois was accused of inappropriate conduct by allegedly placing her hands on a student who removed her seat belt and jumped on her booster seat in the bus, causing the bus driver to stop the bus operation until the student could be removed from the bus on March 21, 2017.

19. The accusation was made by a teacher who heard about the alleged incident from another student.

20. The bus driver, Jean-Lucien Fontaine, was also accused on inappropriate conduct from this alleged incident.

21. Mr. Fontaine is male.

22. On information and belief, Mr. Fontaine is from the United States.

23. An OSSE investigator determined that the accusation was sufficient to support Ms. Francois' termination despite there being conflicting witness statements.

24. On July 10, 2017, Ms. Francois was served with a written Notice of Proposed Removal.

25. On September 18, 2018, OSSE issued a Notice of Final Decision on Proposed Removal, thereby terminating Ms. Francois.

26. Ms. Francois had no previous disciplinary action against her prior to her termination.

27. Mr. Fontaine was accused of similar conduct as Ms. Francois but was not terminated.

## COUNT I: GENDER DISCRIMINATION

28. All of the allegations contained in the foregoing paragraphs of this Complaint are incorporated by reference herein as if the same were set forth at length.

29. Ms. Francois is female.

30. Ms. Francois and Mr. Fontaine were accused of similar inapposite conduct as a result of events occurring on March 21, 2017.

31. Ms. Francois was terminated.

32. Mr. Fontaine, who is male, was not terminated.

33. Defendant terminated Ms. Francois because of her gender.

34. Accordingly, Defendant's termination violated Title VII.

## COUNT II: NATIONAL ORIGIN DISCRIMINATION

35. All of the allegations contained in the foregoing paragraphs of this Complaint are incorporated by reference herein as if the same were set forth at length.

36. Ms. Francois is of Haitian national origin.

37. Ms. Francois and Mr. Fontaine were accused of similar inapposite conduct as a result of events occurring on March 21, 2017.

38. Ms. Francois was terminated.

39. Mr. Fontaine of United States origin was not terminated.

40. Defendant terminated Ms. Francois because of her national origin.

41. Accordingly, Defendant's termination violated Title VII.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court grant the following relief:

A. Entry of judgment in favor of Ms. Francois and against Defendant;

B. Back pay;

C. Reinstatement, or front pay in lieu of reinstatement;

D. Compensatory and punitive damages pursuant to 42 U.S.C. § 1981a;

E. Attorneys' fees and costs; and

F. Other such relief as may be appropriate to effectuate the purposes of Title VII.

## DEMAND FOR TRIAL BY JURY

Plaintiff demands a trial by jury on all questions of fact raised by this Complaint.

Dated: June 4, 2018

                                Respectfully submitted,

                                /s/Denise M. Clark
                                Denise M. Clark (420480)
                                Clark Law Group, PLLC
                                1250 Connecticut Ave, N.W.,
                                Suite 200
                                Washington, D.C. 20036
                                (202) 293-0015
                                dmclark@benefitcounsel.com